JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| STEVE ENRIQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC.;<br>WAL-MART STORES, INC., and<br>DOES 1-25, Inclusive,<br><br>　　　　Defendants. | Case No. 5:18-cv-01441 R (KKx)<br><br>**Hon. Manuel L. Real**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41** |

ORDER RE: DISMISSAL

HAVING REVIEWED THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The above action is hereby voluntarily dismissed in its entirety, without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

The Court shall retain jurisdiction over this matter to enforce the Parties' confidential written agreement until such time that the Parties file a Stipulation to Set Aside this Order of Dismissal Without Prejudice and Enter a Dismissal With Prejudice.

**IT IS SO ORDERED**:

DATED: October 15, 2019

By: _/s/ Gary Klausner_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE